IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN WITBECK,** | : | Civil No. 1:17-cv-0498 |
| Plaintiff, | : | |
| v. | : | |
| **EQUIPMENT TRANSPORT, LLC,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to dismiss is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted as to Count II's FMLA interference claim and is denied as to all other claims. If Plaintiff wishes to file an amended complaint, he shall do so within fourteen (14) days of the date of this order.

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge

Dated: December 27, 2017