IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN WITBECK,** | : | **Civil No. 1:17-cv-498** |
| **Plaintiff,** | : | |
| v. | : | |
| **EQUIPMENT TRANSPORT, LLC,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

Before the court is Defendant's Motion for Summary Judgment. (Doc. 35.) For the reasons outlined in the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: March 18, 2020